IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TAMMY L. ISAAC, | : | |
| Plaintiff, | : | |
| | | Case No. 3:06CV313 |
| vs. | : | |
| | | District Judge Walter Herbert Rice |
| MICHAEL J. ASTRUE, | : | Magistrate Judge Sharon L. Ovington |
| Commissioner of the Social | | |
| Security Administration, | : | |
| Defendant. | : | |

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON JANUARY 31, 2008(DOC. #14); REMANDING CASE TO THE COMMISSIONER AND THE ADMINISTRATIVE LAW JUDGE UNDER SENTENCE SIX OF 42 U.S.C. §405(g)**

---

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #14), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations filed on January 30, 2008 (Doc. #14) is **ADOPTED** in full;

2. No finding is made as to whether Plaintiff Tammy L. Isaac is under a "disability" within the meaning of the Social Security Act; and,

3. The case is REMANDED to the Commissioner under sentence six of 42 U.S.C.

§405(g); and

4. The Clerk of Court is directed to STAY the present case until further Order of this Court.

*Walter Herbert Rice*
Walter Herbert Rice
United States District Judge