# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| TAMMY L. ISAAC, | : |
| Plaintiff, | : |
| | Case No. 3:06cv00313 |
| vs. | : |
| | District Judge Walter Herbert Rice |
| MICHAEL J. ASTRUE, | : Magistrate Judge Sharon L. Ovington |
| Commissioner of the Social | |
| Security Administration, | : |
| Defendant. | : |

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON MARCH 16, 2010 (DOC. #26); NO FINDING IS MADE AS TO WHETHER PLAINTIFF TAMMY L. ISAAC WAS UNDER A "DISABILITY" WITHIN THE MEANING OF THE SOCIAL SECURITY ACT; REMANDING CASE TO THE COMMISSIONER AND THE ADMINISTRATIVE LAW JUDGE UNDER SENTENCE FOUR OF 42 U.S.C. §405(g); AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

---

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #26), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations filed on March 16, 2010 (Doc. #26) is **ADOPTED** in full;

2. No finding is made as to whether Plaintiff Tammy L. Isaac is under a "disability" within the meaning of the Social Security Act;

3. The case is REMANDED to the Commissioner under sentence four of 42 U.S.C. §405(g) for further consideration consistent with this Decision and Entry and the Report and Recommendations (Doc. #26); and

4. The case is terminated on the docket of this Court.

_____
Walter Herbert Rice
United States District Judge