IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TAMMY L. ISAAC, | : | |
| Plaintiff, | : | Case No. 3:06cv00313 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration, | : | |
| | : | |
| Defendant. | : | |

## DECISION AND ORDER

This case is before the Court upon the parties' Joint Stipulation To Award EAJA Fees (Doc. #30) under 28 U.S.C. §2412. The parties agree that Plaintiff is entitled to an award of attorney fees, costs, and expenses under 28 U.S.C. §2412 in the total amount of $7,150.00. The parties agree this award will satisfy all of Plaintiff's claims for fees, expenses, and costs under 28 U.S.C. §2412.

Accordingly, the Court hereby **ORDERS** that pursuant to the parties' Joint Stipulation To Award EAJA Fees (Doc. #30):

1. The Commissioner shall pay Plaintiff's attorney fees, costs, and expenses pursuant to the EAJA in the total amount of $7,150.00;

2. Plaintiff's prior Motion for Attorney Fees (Doc. #29) is DENIED as moot

in light of the parties' Joint Stipulation; and

3. The case remains terminated on the docket of this Court.

*[signature]*

Walter Herbert Rice
United States District Judge